Jonathan L. Snare, Acting Solicitor of Labor
Michael A. Stabler, Regional Solicitor
Ann M. Noble, Associate Regional Solicitor
Katherine Vigil, Senior Trial Attorney
1999 Broadway
Suite 1600
Denver, CO 80202
(303) 844-1745
FAX (303) 844-1753
vigil.katherine@dol.gov

Attorneys for Plaintiff

Steven J. Sibley (SBN 152365)
Dinapoli & Sibley
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113-2271
(408) 999-0900
FAX (408) 999-0191
sjs@dslaw.net

Attorneys for Defendants Robert
Chipley and Curtis Chipley

Alex C. Park (SBN 197781)
Law Offices of Alex C. Park
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
(408) 246-1515
FAX (408) 246-4105
alexcpark@yahoo.com

Attorney for Defendant Wilbert
Kang

THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHIPLEY, CURTIS CHIPLEY, WILBERT KANG, and PRIME SERVICES GROUP, INC., 401(k) PLAN<br><br>Defendants. | Case No. C06-4888 EMC |

## CONSENT DECREE

Plaintiff having filed her complaint, and Defendants, Robert Chipley, Curtis Chipley, Wilbert Kang, and Prime Services, Inc. 401(k) Plan, ["the Plan"] by their undersigned counsel, having agreed to the entry of this Consent Decree;

This Court having jurisdiction over the parties to this Consent Decree; and this Court being empowered to provide the relief described herein, and Defendants Robert Chipley and Wilber Kang having waived any amounts owing to them as Plan participants, and for cause shown:

It is hereby ORDERED, ADJUDGED, and DECREED that:

Defendants, Robert Chipley, Curtis Chipley, and Wilbert Kang shall restore $26,450.91 to the Plan participants. This amount of recovery has deleted de minimus funds due to participants and deleted any Plan participant funds due to Defendants Robert Chipley and Wilber Kang. The recovery amount of $26,450.91 shall be paid by June 4, 2007, by each individual Defendant, Robert Chipley, Curtis Chipley, and Wilbert Kang, paying an equal amount of $8,816.97. The steps that shall be taken by the Defendants pursuant to this Consent Decree are:

1. By June 4, 2007, the Defendants shall pay the entire recovery amount to a federally insured bank account which they set up for the benefit of Prime Services Group Inc., 401(k) Plan participants. Defendants shall furnish satisfactory evidence of the deposits into said account to the Regional Director, San Francisco Regional Office, Case #70-012268, Employee Benefits Security Administration, 90 7th Street, Suite 11-300, San Francisco, CA 94103 by June 15, 2007.

2. Plaintiff's representatives shall furnish to Defendants each Plan participant's last known address furnished to them by the Plan's former accounting firm custodian. Upon receipt of this information, Defendants shall immediately undertake any and all means available to them to locate, verify, and memorialize contact with, and pay Plan participants by following the procedures contained in the Field Assistance Bulletin 2004-02 ("FAB"), promulgated by the

United States Department of Labor Employment Benefits Security Administration, a copy of which FAB will be provided to Defendants by Plaintiff's representatives.

3. No later than July 6, 2007, Defendants shall submit in writing to the Regional Director, at the address noted *supra,* an initial accounting that shall include the following: all Plan participants contacted by July 6; all participant contact information verified by that date; and all participants who appear unlocatable as of that date, despite the reasonable efforts of Defendants to locate such participants and detail what efforts were made to locate such missing participants.

4. Commencing at any time after the receipt of the FAB and establishment of said bank account, and upon verifying the contact information of participants, Defendants shall pay the Plan participants the amounts listed in Appendix A. Defendants do not have to verify the contact information of all participants to begin making payments to individual participants, so long as Defendants verify the contact information of each individual participant to whom they direct such payment. All such payments shall be made by August 6, 2007.

5. On or before September 6, 2007, the Defendants shall provide proof of payment of the amounts owed to Plan participants by sending to the Regional Director, at the address noted above, either 1) bank image copies of the front and back of cancelled checks of payments made to the participants or 2) front copies of checks and bank statements demonstrating that the checks cleared or 3) if issued by cashier's check, a copy of the checks and receipts of payment signed by the Plan participant payees. If Defendants have located, verified, and issued checks to Plan participants, which checks have not yet been presented for payment by September 6, 2007, Defendants shall include in their proof of payment to the Regional Director a list of the

participants to whom such outstanding checks were issued, the check numbers, and the dates such checks were issued and sent to the participants.

6. As of September 6, 2007, Defendants shall provide the Regional Director with a written memorandum and accounting that includes the following information with particularity: what efforts were used to locate Plan participants; all individual participant contact information verified by that date; the identities of any Plan participants who are still unlocated and what particular efforts have been made to date to locate such participants; and which option Defendants have chosen to follow regarding the undisbursed monies, as set forth in the FAB, along with documentary proof that Defendants have taken the proper actions in execution of the designated option.

It is further ORDERED, ADJUDGED, and DECREED that:

Defendants, Robert Chipley, Curtis Chipley, and Wilbert Kang are permanently enjoined from violating the provisions of the Employee Retirement Income Security Act of 1974 ("ERISA") as amended, 29 U.S.C. § 1001, et seq.

Nothing in this Consent Decree is binding on any governmental agency other than the United States Department of Labor, Employee Benefits Security Administration.

Nothing in this Consent Decree shall preclude the United States Department of Labor from assessing a civil penalty against Defendants, Robert Chipley, Curtis Chipley, and Wilbert Kang, pursuant to ERISA Section (502)(l), 29 U.S.C. 1132(l).

Each party shall bear its or her own attorneys' fees, costs and other expenses incurred by such party to date in connection with any stage of the above-referenced proceeding including, but not limited to, attorneys' fees, costs and other expenses which may be available under the Equal Access to Justice Act, as amended.

This Court shall retain jurisdiction over this action and the parties hereto as may be necessary to enforce the provisions of the Consent Decree. The Court directs the entry of this Consent Decree as a final order and dismisses this case with prejudice.

Dated this _____ day of _____, 2007.

_____
United States Magistrate Judge

APPROVED AND CONSENTED TO:

*Robert Chipley* (signed)
Robert Chipley, Individual Defendant
and Trustee of Prime Services Inc. 401(k)
Plan, on behalf of the Plan
120 Mattos Court
Danville, CA 94506


_____
Wilbert Kang, Individual Defendant
2121 Goldenrod Lane
San Ramon, CA 94583


_____
Curtis Chipley, Individual Defendant
629 Dunwood Court
Brentwood, CA 94513

*Steven J. Sibley* (signed)
Steven J. Sibley
Dinapoli & Sibley
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113-2271

Attorneys for Robert Chipley & Curtis Chipley

Jonathan L. Snare
Acting Solicitor of Labor

Michael A. Stabler
Regional Solicitor

Ann M. Noble
Associate Regional Solicitor

By: *Katherine Vigil* (signed)
Katherine Vigil
Senior Trial Attorney

U.S. Department of Labor
Office of the Solicitor
1999 Broadway, Suite 1600
Denver, CO 80201-6550

Attorneys for Plaintiff

This Court shall retain jurisdiction over this action and the parties hereto as may be necessary to enforce the provisions of the Consent Decree. The Court directs the entry of this Consent Decree as a final order and dismisses this case with prejudice.

Dated this _____ day of _____, 2007.

_____
United States Magistrate Judge

APPROVED AND CONSENTED TO:

Robert Chipley, Individual Defendant
and Trustee of Prime Services Inc. 401(k)
Plan, on behalf of the Plan
120 Mattos Court
Danville, CA 94506

Wilbert Kang, Individual Defendant
2121 Goldenrod Lane
San Ramon, CA 94583

Curtis Chipley, Individual Defendant
629 Dunwood Court
Brentwood, CA 94513

Steven J. Sibley
Dinapoli & Sibley
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113-2271

Attorneys for Robert Chipley & Curtis Chipley

Jonathan L. Snare
Acting Solicitor of Labor

Michael A. Stabler
Regional Solicitor

Ann M. Noble
Associate Regional Solicitor

By: _____
Katherine Vigil
Senior Trial Attorney

U.S. Department of Labor
Office of the Solicitor
1999 Broadway, Suite 1600
Denver, CO 80201-6550

Attorneys for Plaintiff

5

This Court shall retain jurisdiction over this action and the parties hereto as may be necessary to enforce the provisions of the Consent Decree. The Court directs the entry of this Consent Decree as a final order and dismisses this case with prejudice.

Dated this __7th__ day of _____May_____, 2007

_____
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

APPROVED AND CONSENTED TO:

_____
Robert Chipley, Individual Defendant
and Trustee of Prime Services Inc. 401(k)
Plan, on behalf of the Plan
120 Mattos Court
Danville, CA 94506

/s/ Wilbert Kang
_____
Wilbert Kang, Individual Defendant
2121 Goldenrod Lane
San Ramon, CA 94583


_____
Curtis Chipley, Individual Defendant
629 Dunwood Court
Brentwood, CA 94513


_____
Steven J. Sibley
Dinapoli & Sibley
Ten Almaden Blvd., Suite 1250
San Jose, CA 95113-2271

Attorneys for Robert Chipley & Curtis Chipley

Jonathan L. Snare
Acting Solicitor of Labor

Michael A. Stabler
Regional Solicitor

Ann M. Noble
Associate Regional Solicitor


By: _____
Katherine Vigil
Senior Trial Attorney

U.S. Department of Labor
Office of the Solicitor
1999 Broadway, Suite 1600
Denver, CO 80201-6550

Attorneys for Plaintiff

5

_____
Alex C. Park
Law Offices of Alex C. Park
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051

Attorney for Wilbert Kang